UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MISTY TAPIA,

      Plaintiff,

                                  Case No. 1:25-cv-641

v.

                                  HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is

AFFIRMED.

Dated:  March 17, 2026                                  /s/  Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge